AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED
8 U.S.C. §§ 1326 (a) and (b)
-Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

### DEFENDANT - U.S.
ARMANDO CONTRETRAS-TOLENTO

DISTRICT COURT NUMBER
CR07-0724 DLJ

E-filing

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DANIEL R. KALEBA, AUSA

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Yuba County

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST  Month/Day/Year  10/29/2007

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____
Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

CR07-0724 DLJ

UNITED STATES OF AMERICA,

V.

ARMANDO CONTRERAS-TOLENTO,

DEFENDANT.

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in the United States

A true bill.
_____ Foreman

Filed in open court this 15th day of November, 2007

_____ Clerk

Nov 15, 2007

Bail, $ NO BAIL ARREST WARRANT

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

FILED

2007 NOV 15 PM 12: 22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR07-0724 DLJ |
| Plaintiff, ) | |
| ) | |
| v. ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in the United States |
| ) | |
| ARMANDO CONTRERAS-TOLENTO ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

1.  Prior to May 1, 2001, the defendant, ARMANDO CONTRERAS-TOLENTO, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.  On or about May 1, 2001, the defendant, ARMANDO CONTRERAS-TOLENTO, was removed, excluded, and deported from the United States.

3.  After May 1, 2001, the defendant, ARMANDO CONTRERAS-TOLENTO, knowingly and voluntarily reentered and remained in the United States.

4.  On or about November 1, 2007, in the Northern District of California, the defendant,

INDICTMENT

ARMANDO CONTRERAS-TOLENTO, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

DATED: November 15, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA KALEBA

INDICTMENT                           2