**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*                    *(510) 637-3680*
*Oakland, California 94612-5217*                   *FAX:(510) 637-3724*

November 15, 2007

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

     Re: <u>United States v. Armando Contreras-Tolento</u>, CR07 - 00724 DLJ

Dear Honorable Judge Brazil:

     The government requests that the above matter be placed on your calendar for Friday, November 16, 2007, at 10:00 a.m. for arraignment. The defendant is in custody and requires the assistance of a Spanish language interpreter.

                        Very truly yours,

                        SCOTT N. SCHOOLS
                        United States Attorney

                        By: _____/s/_____
                        DANIEL R. KALEBA
                        Assistant U.S. Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.