UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  12/7/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                            **No.** CR-07-00724-DLJ

**Defendant:** Armando Contreras-Tolento [in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:**  Joyce Leavitt

**Interpreter:** Ines Swaney

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

Setting/Stat                              -HELD

**Notes:**

**Case Continued to:**  1/18/08 AT 9:00AM        for    STAT

**Case Continued to:**         for

**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference
**Case Continued to**        for             Trial

**Excludable Delay: Category: Begins:**  12/7/07   **Ends:** 1/18/08