UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  1/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                          **No.**  CR-07-00724-DLJ

**Defendant:**  Armando Contreras- Tolento [present; in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u> Haydee Claus/Spanish Interpreter</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                                            -HELD

**Notes:**

**Case Continued to**  1/25/08 AT 9:00AM     for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**
**Case Continued to**                       for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**  1/18/08         **Ends:** 1/25/08