UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  1/25/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                  **No.** CR-07-00724-DLJ

**Defendant:**  Armando Contreras-Tolento [present; in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** Monique Dascha Inciarte

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**Stat**                               -HELD

**Notes:**

**Case Continued to  2/29/08 AT 9:00AM     for  CHANGE OF PLEA**

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                     for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins: 1/25/08          Ends:  2/29/08**