UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  3/3/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                   **No.** CR-07-00724-DLJ

**Defendant:**  Armando Contreras-Tolento [in custody; spanish interpreter]

**Appearances for AUSA:**  James Mann (for Daniel Kaleba)

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>Carole Glasser- spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                 -HELD

**Change of Plea-**  NOT HELD

**Notes:**

**Case Continued to**   3/21/08 AT 9:00AM    for  Change of Plea

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                       for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category:**   **Begins:** 3/3/08         **Ends:** 3/21/08