1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CONTRERAS-TOLENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0724 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| ARMANDO CONTRERAS-TOLENTO, | ) | |
| | ) | |
| Defendant. | | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or change of plea date in this case, currently scheduled for Friday, March 21, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, April 4, 2008, at 9:00 a.m. for change of plea. The reason for the continuance is that defense counsel needs additional time to complete its investigation and meet with Mr. Contreras-Tolento prior to the change of plea. Should the Court continue the court date to April 4, 2008, it should provide enough time for counsel to complete its investigation and be prepared to resolve the case. The parties stipulate that the time from March 21, 2008, to

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Change of Plea Date          - 1 -

April 4, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.

DATED:     March 19, 2008                    _____
                                             JOYCE LEAVITT    /S/
                                             Assistant Federal Public Defender

DATED:     March 19, 2008                    _____
                                             DANIEL KALEBA    /S/
                                             Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, March 21, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, April 4, 2008, at 9:00 a.m. for change of plea.

IT IS FURTHER ORDERED that the time from March 21, 2008, to April 4, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     March 20, 2008                    _____
                                             HONORABLE D. LOWELL JENSEN
                                             United States District Judge

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Change of Plea Date            - 2 -