1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CONTRERAS-TOLENTO

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,              )
12                                         )   No. CR 07-0724 -DLJ
                          Plaintiff,       )
13                                         )   STIPULATION AND
           v.                              )   ORDER CONTINUING CHANGE OF
14                                         )   PLEA DATE AND EXCLUSION OF
                                           )   TIME
15 ARMANDO CONTRERAS-                      )
   TOLENTO,                                )
16                                         )
                                           )
17                        Defendant.       )
   _____

18
           IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or
19
   change of plea date in this case, currently scheduled for Friday, April 4, 2008, before Honorable D.
20
   Lowell Jensen, may be continued to Friday, April 18, 2008, at 9:00 a.m. for change of plea.  Defense
21
   counsel had planned to meet with Mr. Contreras-Tolento to review documents early this week but
22
   was unable to do so because Mr. Contreras-Tolento had an emergency appendectomy over the
23
   weekend and was still in the hospital.  He is now out of the hospital but has been moved from Glen
24
   Dyer jail in Oakland, California to Santa Rita jail in Dublin, California.  Defense counsel needs
25

26

   _U S v. Contreras-Tolento_, CR 07-0724 DLJ
   Stip. Continuing Change of Plea Date          - 1 -

1  additional time to meet with Mr. Contreras-Tolento, with the assistance of an interpreter.  Should the

2  Court continue the court date to April 18, 2008, it should provide enough time to resolve the case.

3  The parties stipulate that the time from April 4, 2008, to April 18, 2008, should be excluded in

4  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

5

6  continuity of counsel and adequate preparation of counsel.

7  DATED:     April 2, 2008                    _____

8                                             JOYCE LEAVITT     /S/
                                              Assistant Federal Public Defender

9  DATED:     April 2, 2008                    _____

10                                            DANIEL KALEBA     /S/
                                              Assistant United States Attorney

11

12

13                              SIGNATURE ATTESTATION

14       I hereby attest that I have on file all holograph signatures for any signatures indicated by

15  a "conformed" signature (/S/) within this e-filed document.

16

17

18

19

20

21

22

23

24

25

26

1

**ORDER**

2

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this

3

case, currently scheduled for Friday, April 4, 2008, before Honorable D. Lowell Jensen, may be

4

continued to Friday, April 18, 2008, at 9:00 a.m. for change of plea.

5

        IT IS FURTHER ORDERED that the time from April 4, 2008, to April 18, 2008, should be

6

7

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

8

(B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the

9

granting of the continuance outweigh the best interests of the public and the defendant in a speedy

10

and public trial and the failure to grant the requested continuance would unreasonably deny counsel

11

12

the reasonable time necessary for effective preparation, taking into account due diligence.

13

        SO ORDERED.

14

DATED: April 3, 2008                                _____

15

                                                HONORABLE D. LOWELL JENSEN
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Change of Plea Date                - 3 -