**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  4/18/08**

**Clerk: Frances Stone**
**Court Reporter: Raynee Mercado**

**Plaintiff:**  United States

**v.**                                                    **No.** CR-07-00724-DLJ

**Defendant:** Armando Contreras-Tolento [present; in custody; spanish int.]

**Appearances for AUSA:**  Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>Carole Glasser- Spanish Interpreter</u>

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |
| Change of Plea- not held | |

**Notes:**

**Case Continued to**    5/23/08 at 9:00AM    for  Status or Change of Plea

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                    **for Pretrial Conference**

**Case Continued to**        for            **Trial**

**Excludable Delay: Category: Begins:**    4/18/08      **Ends: 5/23/08**