**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  5/23/08

**Clerk: Frances Stone**
**Court Reporter: DIANE SKILLMAN**

**Plaintiff:**  United States

**v.**                                                                                                 **No.** CR-07-00724-DLJ

**Defendant:** Armando Contreras-Tolento [present;  in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**  Haydee Claus- Spanish Interpreter

**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**
STATUS                                             -HELD

**Notes:**

**Case Continued to**    6/6/08 AT 9:00AM            for  CHANGE OF PLEA

**Case Continued to:**             for
**Case Continued to:**             for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                              for Pretrial Conference

**Case Continued to**            for              Trial

**Excludable Delay: Category: Begins:**  5/23/08        **Ends:** 6/6/08