BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant CONTRERAS-TOLENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0724 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA DATE AND EXCLUSION OF |
| ) | TIME |
| ARMANDO CONTRERAS- ) | |
| TOLENTO, ) | |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or

change of plea date in this case, currently scheduled for Friday, June 6, 2008, before Honorable D.

Lowell Jensen, may be continued to Friday, June 20, 2008, at 9:00 a.m. for change of plea. The case

is being reassigned within the United States Attorney's Office. The parties are discussing a

resolution of the case and defense counsel has provided documents to the government in mitigation.

Now that the case is being reassigned, the parties are requesting a two week continuance for

continuity of counsel and so that the government can continue to consider the information provided.

1       The parties stipulate that the time from June 6, 2008, to June 20, 2008, should be excluded in

2   accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

3   continuity of counsel and adequate preparation of counsel.

4

5

6   DATED: 06-03-2008                       _____

                                        JOYCE LEAVITT

7                                           Assistant Federal Public Defender

8                                           /S/

9   DATED: 06-03-2008                       _____

10                                          W. DOUGLAS SPRAGUE

                                        Assistant United States Attorney

11

12      I hereby attest that I have on file all holographed signatures for any signatures indicated by a
conformed signature "/s/" within this e-filed document.

13

14  <center>**ORDER**</center>

15      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this

16  case, currently scheduled for Friday, June 6, 2008, before Honorable D. Lowell Jensen, may be

17  continued to Friday, June 20, 2008, at 9:00 a.m. for change of plea.

18      IT IS FURTHER ORDERED that the time from June 6, 2008, to June 20, 2008, should be

19  excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for

20  continuity and adequate preparation of counsel.  The Court finds that the ends of justice served by

21  the granting of the continuance outweigh the best interests of the public and the defendant in a

22  speedy and public trial and the failure to grant the requested continuance would unreasonably deny

23  counsel the reasonable time necessary for effective preparation, taking into account due diligence.

24

25

26

1

2  SO ORDERED.

3

4

5

6  DATED: _____    _____

7                                   HONORABLE D. LOWELL JENSEN
                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26