UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**                                                                                    **No.** CR-07-00724-DLJ

**Defendant:** Armando Contreras-Tolento [present; in custody; spanish int.]

**Appearances for AUSA:** Douglas Sprague

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**  Haydee Claus - spanish interpreter

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |
| Change of Plea- Not Held | |

**Notes:**

**Case Continued to** 7/11/08 at 9:00AM  **for** CHANGE OF PLEA

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                     **for Pretrial Conference**

**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins:**    6/20/08      **Ends:** 7/11/08