JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSHUA HILL (CASBN 250842)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Phone: 510/637-3740
   Fax: 510/637-3724
   E-mail: joshua.hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  )<br>     Plaintiff,           )<br>                                  )<br>   v.                              )<br>                                  )<br>ARMANDO CONTRERAS-TOLENTO, )<br>                                  )<br>     Defendant.     )<br>_____ ) | No. CR 07-0724 DLJ<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

    Please take notice that as of June 25, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

JOSHUA HILL<br>
Assistant United States Attorney<br>
1301 Clay Street; Suite 340S<br>
Oakland, California 94612<br>
Phone: 510/637-3740<br>
Fax: 510/637-3724<br>
E-mail: joshua.hill2@usdoj.gov

    The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to
////

SUBSTITUTION OF ATTORNEY

AUSA Joshua Hill at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: June 25, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JOSHUA HILL
Assistant United States Attorney

SUBSTITUTION OF ATTORNEY