BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant CONTRERAS-TOLENTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0724 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA DATE AND EXCLUSION OF |
| ) | TIME |
| ARMANDO CONTRERAS- ) | |
| TOLENTO, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or change of plea date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, July 25, 2008, at 9:00 a.m. for change of plea. The reason for the request is that defense counsel will be out of the office on July 11, 2008 and would like to be present during the change of plea. In addition, the case was recently reassigned within the United States Attorney's Office. The parties have discussed a resolution of the case and defense counsel needs additional time to discuss the matter with Mr. Contreras-Tolento as he decides

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Change of Plea Date          - 1 -

whether to plead with or without an agreement. The parties stipulate that the time from July 11, 2008, to July 25, 2008, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.

DATED: July 8, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: July 8, 2008

/S/
_____
JOSHUA HILL
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, July 25, 2008, at 9:00 a.m. for change of plea.

//

//

//

//

//

1
2   IT IS FURTHER ORDERED that the time from July 11, 2008, to July 25, 2008, should be
3   excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for
4   continuity and adequate preparation of counsel.  The Court finds that the ends of justice served by
5   the granting of the continuance outweigh the best interests of the public and the defendant in a
6   speedy and public trial and the failure to grant the requested continuance would unreasonably deny
7   counsel the reasonable time necessary for effective preparation, taking into account due diligence.
8
9
10
11  SO ORDERED.
12
13
14
15  DATED:                                          _____
                                                    HONORABLE D. LOWELL JENSEN
16                                                  United States District Judge

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Change of Plea Date           - 3 -