1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CONTRERAS-TOLENTO

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           )
12                                     )   No. CR 07-0724 DLJ
                      Plaintiff,       )
13                                     )   STIPULATION AND
                                       )   ORDER CONTINUING CHANGE OF
14       v.                            )   PLEA DATE AND EXCLUSION OF
                                       )   TIME
15                                     )
   ARMANDO CONTRERAS-                  )
16 TOLENTO,                            )
                                       )
17                    Defendant.       )

18
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date or
19
   change of plea date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D.
20
   Lowell Jensen, may be continued to Friday, July 25, 2008, at 9:00 a.m. for change of plea. The
21
   reason for the request is that defense counsel will be out of the office on July 11, 2008 and would
22
   like to be present during the change of plea. In addition, the case was recently reassigned within the
23
   United States Attorney's Office. The parties have discussed a resolution of the case and defense
24
25 counsel needs additional time to discuss the matter with Mr. Contreras-Tolento as he decides
26

whether to plead with or without an agreement. The parties stipulate that the time from July 11, 2008, to July 25, 2008, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.

DATED: July 8, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: July 8, 2008

/S/
_____
JOSHUA HILL
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Friday, July 11, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, July 25, 2008, at 9:00 a.m. for change of plea.

//

//

//

//

//

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Change of Plea Date                - 2 -

IT IS FURTHER ORDERED that the time from July 11, 2008, to July 25, 2008, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity and adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     July 9, 2008

_____
HONORABLE D. LOWELL JENSEN
United States District Judge