9AM YC
INT. E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

9:48 - 10:00 AM

**FILED**
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 7/25/08

Case No: CR-07-00724-DLJ          Judge: D. Lowell Jensen

Reporter: MARGO GURULE             Clerk: Frances Stone

Defendant(s):                                              Defense Counsel:
ARMANDO CONTRERAS-TOLENTO  Present? Y   In Custody? Y   JOYCE LEAVITT
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____

US Attorney:          Interpreter: SPANISH        US Probation Officer:
JOSHUA HILL           CAROLE GLASSER

Reason for Hearing:                                Ruling:
CHANGE OF PLEA                                     - HELD

GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND
ENTERED.

Notes: APPLICATION TO ENTER PLEA SUBMITTED

Case continued to: 10/10/08 AT 10AM for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
   Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for Trial

Excludable Delay: Category: __ Begins: __ Ends: __

CC: PROBATION