UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          **CR-07-00724 -01-DLJ**
Defendant's Name     **ARMANDO CONTRERAS-TOLENTO**
Defendant's Counsel  Joyce Leavitt
Due Date             10/10/08 A 10AM
                     1   Courtroom            Floor  4th

~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~

**The Court has directed that a:**

        XX             Presentence Investigation
_____        Bail Investigation
_____        Bail Supervision
_____        Postsentence Investigation
_____        4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
    Frances Stone , Deputy Clerk

Dated: **7/25/08**

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address:  _____
                      _____
                      _____