| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant CONTRERAS-TOLENTO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR 07-0724 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | **ORDER** CONTINUING |
| | ) | SENTENCING DATE |
| | ) | |
| ARMANDO CONTRERAS- | ) | |
| TOLENTO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, October 10, 2008, before Honorable D. Lowell Jensen, may be continued **to Friday, October 17, 2008, at 10:00 a.m. for sentencing**. The reason for the request is that defense counsel needs time to review the pre-sentence report with Mr. Contreras-Tolento with the assistance of an interpreter and provide additional information to the United States

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Sentencing - 1 -

Probation Office prior to the issuance of the pre-sentence report.

DATED:   September 19, 2008            _____/S/_____
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

DATED:   September 19, 2008            _____/S/_____
                                        JOSHUA HILL
                                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, October 10, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, October 17, 2008, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED: September **19,** 2008        _____
                                      HONORABLE D. LOWELL JENSEN
                                      United States District Judge