| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOYCE LEAVITT |
|   | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant CONTRERAS-TOLENTO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-0724 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | DATE |
| | ) | |
| ARMANDO CONTRERAS- | ) | |
| TOLENTO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, October 17, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, November 7, 2008, at 10:00 a.m. for sentencing. The reason for the request is that there are disputed issues regarding criminal history which is included in the pre-sentence report and defense counsel needs to obtain additional information regarding these prior convictions. In order to expedite the process defense counsel requests that the Court order the

*U S v. Contreras-Tolento*, CR 07-0724 DLJ
Stip. Continuing Sentencing                                - 1 -

United States probation officer to provide counsel with copies of the documents relating to prior convictions or arrests which have been referred to in the final pre-sentence report and which are disputed. The probation officer has indicated that it is unable to disclose these documents to counsel without an order from the Court.

DATED: October 6, 2008              /s/
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: October 6, 2008              /s/
                                    JOSHUA HILL
                                    Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, October 17, 2008, before Honorable D. Lowell Jensen, may be continued to Friday, November 7, 2008, at 10:00 a.m. for sentencing.

IT IS FURTHER ORDERED that the United States Probation Officer provide counsel with copies of any documents which have been received and which relate to those prior convictions or arrests referred to in the final pre-sentence report which are disputed.

SO ORDERED.

DATED:    October 6, 2008           _____
                                    HONORABLE D. LOWELL JENSEN
                                    United States District Judge